IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　3:12-cr-00066-HDM-WGC

    vs.　　　　　　　　　　　　　ORDER

CASSANDRA LITTLE,

    Defendant.
_____/

    The defendant's letter motion (#61) for a reduction of sentence is denied. The clerk's office shall mail a copy of this order to the defendant, Cassandra Little.

    It is so ordered.

    Dated this 28th day of March, 2014.

                                        /s/ Howard D. McKibben
                                        UNITED STATES DISTRICT JUDGE