# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00066-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CASSANDRA LITTLE, | ) | |
| Defendant. | ) | |

Defendant Cassandra Little's motion for early termination of supervised release (ECF No. 63) filed on April 25, 2017, is denied without prejudice to renew at the expiration of her second year of supervised release. Considering the seriousness of the offense, the total amount of harm caused to the victims, the full amount of restitution was paid by her co-defendant, and that the defendant has only served one year of supervised release, the court is not persuaded, at this time, that an early termination of supervised release pursuant to 18 U.S.C. § 3583(e) is in the interest of justice.

IT IS SO ORDERED.

DATED: This 12th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE

1