**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00066-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CASSANDRA LITTLE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

On March 5, 2018, Defendant filed a renewed motion for early termination of supervised release (ECF No. 65). The Court has been advised that neither the United States Attorney nor the Department of Probation opposes the request for termination of supervised release. Accordingly, Defendant's motion for early termination of supervised release (ECF No. 65) is **GRANTED** and supervised release shall terminate on April 15, 2018.

IT IS SO ORDERED.

DATED: This 20th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE

1